**MEMO ENDORSED**

## Law Offices of Carla Comisso

300 Garden City Plaza | Suite 218 | Garden City | New York | 11530| 516.663.0999 | ccoakerson@gmail.com

RECEIVED
DEC 06 2019
JUDGE KEENAN'S CHAMBERS

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

December 6, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-19

Re: United States v. George Iosifidis
13-cr-00170-JFK

Dear Judge Keenan:

I represent George Iosifidis. I respectfully request a modification of Mr. Iosifidis' supervised release conditions. Specifically, it is requested that Mr. Iosifidis be permitted to travel to Greece.

The purpose of the trip is to assist his father who moved to Greece in June of this year. The elder Mr. Iosifidis is recovering from heart surgery. Mr. Iosifidis is also recovering from a recent heart surgery but would like to relieve his Aunt who has been caring for his father until now but is planning to return to her family in Connecticut for the holidays. The proposed modification would permit Mr. Iosifidis to leave Connecticut on December 23, 2019, travel to Greece, and return on February 27, 2020.

I further respectfully submit that Mr. Iosifidis was permitted to travel to Greece in, December of 2017, and August of 2019. He followed the conditions placed upon him by Probation, and returned without incident. His restitution payments are current.

Prior to making this application, I spoke with Assistant United States Attorney Joshua Naftalis and Probation Officer Meagan Monette. Officer Monette and Assistant United States Attorney Joshua Naftalis take no position on the request.

I thank Your Honor for his continued consideration.

Respectfully submitted,

*Carla Comisso*

Carla Comisso

*Application granted. Defendant is directed to contact his probation officer on February 28, 2020 after his return to U.S.*
*So ordered*
*December 9, 2019*
*John F. Keenan*
*U.S.D.J.*